People v Mills (2025 NY Slip Op 03207)

People v Mills

2025 NY Slip Op 03207

Decided on May 28, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 28, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
VALERIE BRATHWAITE NELSON
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2025-01698
2025-05663

[*1]The People of the State of New York, respondent,
v
Kelvin Mills, appellant. (Ind. Nos. 5256/19, 7162/19)

Patricia Pazner, New York, NY (Maya McDonnell of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Terrence F. Heller of counsel), for respondent.

DECISION & ORDER
Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from two judgments of the Supreme Court, Kings County (Danny Chun, J.), both rendered April 14, 2021.
ORDERED that the application is granted, and the defendant's application is deemed to be a timely notice of appeal.
The defendant has established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).
DUFFY, J.P., BRATHWAITE NELSON, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court